UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>PUBLISHERS BUSINESS SERVICES,<br>INC., et al.,<br><br>       Defendants. | 2:08-CV-00620-PMP-PAL<br><br>**ORDER** |

Having considered the arguments of counsel presented at the pretrial conference conducted June 22, 2010, and those set forth in the briefs of the parties recently filed on the issue of monetary relief (Doc. #154, #161, #168), the Court finds that it is appropriate to reopen discovery in this case to enable the parties to conduct expert and fact discovery relating to the issue of monetary damages to be determined pursuant to this Court's Order (Doc. #151) entered April 7, 2010.

**IT IS THEREFORE ORDERED as follows:**

1. Discovery shall be reopened for a period of 180 days, to and including **December 20, 2010**, during which time counsel for the parties shall complete all fact and expert discovery with regard to the issue of monetary damages.

2. Defendants Request for Extension of Time to Disclose Expert Witnesses (Doc. #176) is **GRANTED** to the extent that Defendants shall, not later than **July 7, 2010**, disclose to Plaintiff the identity of Defendants expert witnesses who may be called on behalf of Defendants to offer testimony relating to damages at the evidentiary hearing on

1

that issue.

3. Defendants shall produce expert reports from each of its expert witnesses not later than **September 21, 2010**.

4. Plaintiff shall thereafter disclose its expert witnesses on the subject of monetary damages not later than **October 21, 2010**.

5. Plaintiff shall thereafter provide to Defendants the expert reports of its expert witnesses not later than **December 20, 2010**.

**IT IS FURTHER ORDERED** that the evidentiary hearing to consider or to determine monetary damages previously set for August 23, 2010, is hereby continued to commence on **January 24, 2011, at 9:00 A.M.**

DATED:  June 24, 2010.

_____
PHILIP M. PRO
United States District Judge