UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | 2:08-CV-00620-PMP-PAL |
| v. | ) | **ORDER** |
| PUBLISHERS BUSINESS SERVICES, INC., et al., | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant Brenda Dantuma Schang's Motion for Clarification of Order Reopening Fact and Expert Discovery Relating to the Issue of Monetary Damages (Doc. #183) filed July 16, 2010 and the Joinders thereto (Doc. ##184, 185), and good causing appearing,

**IT IS THEREFORE ORDERED** that Defendant Schang's Motion for Clarification (Doc. #183) is **GRANTED**, and that the deadlines previously established in this Court's Order (Doc. #182) entered June 24, 2010 are hereby amended as provided in Defendant's Motion for Clarification (Doc. #183)

DATED: August 9, 2010.

PHILIP M. PRO
United States District Judge

1