**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>vs.<br><br>PUBLISHERS BUSINESS SERVICES, INC.,<br>et al.,<br><br>                  Defendant. | Case No. 2:08-cv-00620-PMP-PAL<br><br>**<u>ORDER</u>** |

This case was assigned to the undersigned as Magistrate Judge by random assignment. A settlement conference was held by the undersigned on May 19, 2010. On December 13, 2010 Plaintiff filed an Emergency Motion for Protective Order (Dkt # 195), a matter ordinarily decided by the assigned magistrate judge. Having obtained substantial knowledge of disputed evidentiary facts and the parties' legal positions and strategy during the settlement conference concerning this proceeding, the undersigned is recused from further participation in this case. *See* Code of Conduct for United States Judges, Canon 3(C)(1)(a).

Accordingly,

**IT IS ORDERED** the undersigned is recused from further participation in this case, and the matter shall be referred to the Clerk of the Court for random reassignment to another magistrate judge.

Dated this 16th day of December, 2010.

                                                                                       PEGGY A. LEEN<br>
                                                                                       UNITED STATES MAGISTRATE JUDGE