UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., et al.,<br><br>Defendants. | 2:08-CV-00620-PMP-GWF<br><br>**ORDER RE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOC. # 195)** |

The Court having read and considered Plaintiff's fully briefed Emergency Motion for Protective Order and to Quash Subpoenas (Doc. # 195), and having further considered the arguments of counsel presented at the hearing conducted December 21, 2010 (Doc. # 202), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion (Doc. # 195) is **DENIED**, provided that the time limit for each of the 10 depositions noticed shall be limited to the issue of damages and to a maximum duration of 3 hours each.

**IT IS FURTHER ORDERED** that the date for the Evidentiary Hearing to determine monetary damages is hereby confirmed to commence on **March 24, 2011, at 9:00 a.m., Courtroom 7C**. The Court will not set a deadline for filing additional Dispositive Motions or Motions in Limine, but the parties shall file Trial Briefs and proposed Findings of Fact and Conclusions of Law on or before **March 16, 2011**.

1

1   **IT IS FURTHER ORDERED** that the parties shall make all pre-hearing
2   disclosures required under Fed. R. Civ. P. 26(a)(3), not later than **February 22, 2011**.
3
4   DATED: January 18, 2011.
5
6   _____
    PHILIP M. PRO
7   United States District Judge