```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                         LAS VEGAS, NEVADA
```

FEDERAL TRADE COMMISSION,     )
                              )
    Plaintiff(s),             )
                              )
vs.                           )       2:08-CV-620-PMP-GWF
                              )
PUBLISHERS BUSINESS           )       MINUTES OF THE COURT
SERVICES, INC., et al.        )
                              )
    Defendant(s).             )       DATED: June 7, 2011

PRESENT: THE HONORABLE PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood      RECORDER: Joan Quiros

COUNSEL FOR PLAINTIFF(S): Faye Chen Barnouw, Maricela Segura

COUNSEL FOR DEFENDANT(S): Jeffrey Willis, Brian Reeve,
                        David R. Koch, Peter Winslow Homer

PROCEEDINGS: **EVIDENTIARY HEARING (DAY 3)**

9:15 a.m. Court convenes.

**IT IS ORDERED** Plaintiff's Motion in Limine [237] and Motion For Order Shortening Time [238] are DENIED.

**BRUCE P. GALE**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Barnouw. **Government's Exhibits 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 40, 42 and 43 are marked and admitted in evidence.**

10:40 a.m. Court stands at recess.

10:50 a.m. Court reconvenes.

**On the stipulation of counsel, IT IS ORDERED Government's Exhibits 39 and 48 are marked and admitted in evidence.**

**BRUCE P. GALE**, having previously been sworn, resumes the stand and testifies further on cross examination by Mr. Willis, Mr. Koch and Mr. Homer, redirect examination by Ms. Barnouw and recross examination by Mr. Homer. (The Court allows defense counsel to question the witness on direct examination.) Direct examination by Mr. Willis, Mr. Koch and cross examination by Ms. Barnouw, then is

excused.

**2:08-CV-620-PMP-GWF**
**6/7/2011**
**Page 2**

---

11:55 a.m. Court stands at recess.

1:15 p.m. Court reconvenes.

**DRIES DANTUMA,** having previously been sworn, resumes the stand and testifies further on direct examination by Ms. Barnouw.

2:50 p.m. Court stands at recess.

3:00 p.m. Court reconvenes.

**DRIES DANTUMA,** having previously been sworn, resumes the stand and testifies further on direct examination by Ms. Barnouw and cross examination by Mr. Willis and Mr. Homer, then is excused.

**The Plaintiff rests their case-in-chief.**

**DAN R. FOSMIER,** called on behalf of the Defendants, is sworn and testifies on direct examination by Mr. Reeve. **Defendants' Exhibit 503 is marked and admitted in evidence.**

**IT IS ORDERED** the Evidentiary Hearing is continued to **Wednesday, June 8, 2011, at 9:00 a.m.**

4:15 p.m. Court adjourns.

```
                                    LANCE S. WILSON, CLERK
                                    By:
                                        /s/
                                    ─────────────────────────
                                    Donna Sherwood Deputy Clerk
```