UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES; PERSIS DANTUMA; EDWARD DANTUMA; BRENDA DANTUMA SCHANG; DRIES DANTUMA; DIRK DANTUMA; and JEFFREY DANTUMA, individually and as officers or managers of publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc.,<br><br>Defendants. | 2:08-CV-00620-PMP-PAL<br><br><br><br>**JUDGMENT** |

**IT IS ORDERED that** Judgment is hereby entered in favor of Plaintiff Federal Trade Commission (FTC) and against Defendants' Publishers Business Services, Inc., a corporation; Ed Dantuma Enterprises, Inc., a corporation, also dba Publishers Direct Services and Publishers Business Services; Edward Dantuma; and Dries Dantuma in the sum of **$191, 219.00** as and for equitable damages.

DATED:  July 25, 2011.

_____
PHILIP M. PRO
United States District Judge

1