UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | 2:08-CV-00620-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES; PERSIS DANTUMA; EDWARD DANTUMA; BRENDA DANTUMA CHANG; DRIES DANTUMA; DIRK DANTUMA; and JEFFREY DANTUMA, individually and as officers or managers of publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc., | ) | **ORDER** |
| Defendants. | ) | |

The Court having read and considered Defendants' Motion for Costs Pursuant to Rule 68 of the Federal Rules of Civil Procedure (Doc. #249), Plaintiff's Response in Opposition thereto (Doc. #250), and Defendants' Reply (Doc. #251), and finding that Defendants are not entitled as "prevailing parties," and are not entitled to recover costs under the EAJA, 28 U.S.C. § 2412, and good cause appearing,

/ / /

1  **IT IS ORDERED that** Defendants' Motion for Costs Pursuant to Rule 68
2  of the Federal Rules of Civil Procedure (Doc. #249) is **DENIED**.
3
4  DATED: September 7, 2011.
5
6  _____
7  PHILIP M. PRO
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26