UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES; PERSIS DANTUMA; EDWARD DANTUMA; BRENDA DANTUMA CHANG; DRIES DANTUMA; DIRK DANTUMA; and JEFFREY DANTUMA, individually and as officers or managers of publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc.,<br><br>Defendants. | 2:08-CV-00620-PMP-PAL<br><br>**ORDER** |

The Court having read and considered Defendants' Motion for Costs Pursuant to Rule 68 of the Federal Rules of Civil Procedure (Doc. #249), Plaintiff's Response in Opposition thereto (Doc. #250), and Defendants' Reply (Doc. #251), and finding that Defendants are not entitled as "prevailing parties," and are not entitled to recover costs under the EAJA, 28 U.S.C. § 2412, and good cause appearing,

///

1

1 **IT IS ORDERED that** Defendants' Motion for Costs Pursuant to Rule 68
2 of the Federal Rules of Civil Procedure (Doc. #249) is **DENIED**.

4 DATED: September 7, 2011.

_____
PHILIP M. PRO
United States District Judge