# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission<br><br>              Plaintiff-Appellant,<br>vs.<br><br>Publishers Business Services, Inc., et al.,<br><br>              Defendants-Appellees. | District No.   2:08-cv-00620-APG-GWF<br><br>U.S.C.A. No.   11-17270 |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on   12/10/2013  , issued its judgment AFFIRMING in part, VACATING in part, and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED  a Status Conference is hereby scheduled for February 23, 2015 at 10:00 a.m. in Courtroom 6C. If the case has settled and no further court intervention is needed, the parties shall submit a stipulation to dismiss this case prior to the hearing date.

Dated this  11th  day of  February, 2015  ,

 

_____
ANDREW P. GORDON
UNITED STATE DISTRICT JUDGE