| | |
|---|---|
| JONATHAN E. NUECHTERLEIN<br>General Counsel<br><br>FAYE CHEN BARNOUW (CA Bar. No. 168631)<br>RAYMOND E. McKOWN (CA Bar No. 150975)<br>MARICELA SEGURA (CA Bar No. 225999)<br>Federal Trade Commission<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024<br>Phone: (310) 824-4343; Fax: (310) 824-4380<br>E-mail: fbarnouw@ftc.gov; rmckown@ftc.gov;<br>msegura@ftc.gov<br><br>JACOB A. SNOW (CA Bar No. 270988)<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Phone: (415)-848-5100 Fax: (415)-848-5184<br>Email: jsnow@ftc.gov<br><br>Attorneys for Plaintiff<br>Federal Trade Commission | DANIEL G. BOGDEN<br>United States Attorney<br>District of Nevada<br><br>BLAINE T. WELSH (NV Bar No. 4790)<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>Phone: (702) 388-6336;<br>Fax: (702) 388-6787<br>E-mail: Blaine.Welsh@usdoj.gov<br>Resident Counsel |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES;<br><br>PERSIS DANTUMA; EDWARD DANTUMA; and BRENDA DANTUMA SCHANG; individually and as officers or managers of Publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc.,<br><br>  Defendants. | CASE NO. 2:08-cv-00620-APG-GWF<br><br>**ORDER GRANTING<br>MOTION TO SET CASE SCHEDULE** |

**ORDER GRANTING MOTION TO SET CASE SCHEDULE**

On June 3, 2015, the Federal Trade Commission filed a motion to set a case schedule in this case. The Court has determined that the Federal Trade Commission's motion should be granted. Therefore, IT IS HEREBY ORDERED that the following case schedule will govern resolution of the outstanding issues in this case:

| Event | Date |
| --- | --- |
| FTC's opening expert report | September 4, 2015 |
| Defendants' responsive expert report | October 30, 2015 |
| FTC's reply expert report | December 4, 2015 |
| Close of expert discovery | December 22, 2015 |
| FTC's opening damages brief | January 29, 2016 |
| Defendants' opposition damages brief | March 4, 2016 |
| FTC's reply brief | March 25, 2016 |

DATED: July 22, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE