Peter W. Homer (*admitted pro hac vice*)
Homer Bonner, P.A.
1441 Brickell Avenue; 1200 Four Seasons Tower
Miami, FL 33131
Telephone: (305) 350-5100; Facsimile:  (305) 982-0066
Email:phomer@homerbonner.com
*Attorneys for Brenda Schang, Dirk Dantuma*
*Jeff Dantuma, and Dries Dantuma*

Jeffrey Willis, Esq. (Nevada Bar No. 4797)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone: (702) 784-5200; Facsimile:  (702) 784-5252
Email:  jwillis@swlaw.com
*Attorneys for Publishers Business Services, Inc.*
*and Ed Dantuma Enterprises, Inc.*

David R. Koch (Nevada Bar No. 8830)
Koch & Scow, LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone: (702) 318-5040; Facsimile:  (702) 318-5039
Email:  dkoch@kochscow.com
*Attorney for Edward Dantuma and Persis Dantuma*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:08-cv-00620-APG-GWF |
| Plaintiff, | |
| vs. | |
| PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES; PERSIS DANTUMA; EDWARD DANTUMA; and BRENDA DANTUMA SCHANG, individually and as officers or managers of Publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc., | **ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE AND EXTEND CERTAIN DEADLINES** |
| Defendants. | |

1

THIS MATTER having come before the Court upon all parties' Joint Stipulation to Modify Case Schedule and Extend Certain Deadlines (the "Joint Stipulation"), and the Court having examined the files and records and being fully advised, it is

ORDERED that the parties' Joint Stipulation is GRANTED. The existing case schedule is modified as follows:

| Event | Date |
| --- | --- |
| Defendants' responsive expert report | January 6, 2016 |
| FTC's reply expert report | February 17, 2016 |
| Close of expert discovery | March 7, 2016 |
| FTC's opening damages brief | April 7, 2016 |
| Defendants' opening damages brief | May 12, 2016 |
| FTC's reply brief | June 2, 2016 |

DONE AND ORDERED at Chambers in Las Vegas, Nevada this 12th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE