| | |
|---|---|
| JONATHAN E. NUECHTERLEIN<br>General Counsel | DANIEL G. BOGDEN<br>United States Attorney<br>District of Nevada |
| FAYE CHEN BARNOUW (CA Bar No. 168631)<br>RAYMOND E. McKOWN (CA Bar No. 150975)<br>MARICELA SEGURA (CA Bar No. 225999)<br>Federal Trade Commission<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024<br>Phone: (310) 824-4343; Fax: (310) 824-4380<br>E-mail: fbarnouw@ftc.gov; rmckown@ftc.gov; msegura@ftc.gov | BLAINE T. WELSH (NV Bar No. 4790)<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>Phone: (702) 388-6336;<br>Fax: (702) 388-6787<br>E-mail: Blaine.Welsh@usdoj.gov<br>Resident Counsel |
| JACOB A. SNOW (CA Bar No. 270988)<br>ALEXANDER E. REICHER (CA Bar No. 286667)<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Phone: (415)-848-5100; Fax: (415)-848-5184<br>Email: jsnow@ftc.gov; areicher@ftc.gov | |

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES;<br><br>PERSIS DANTUMA; EDWARD DANTUMA; and BRENDA DANTUMA SCHANG; individually and as officers or managers of Publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc.,<br><br>　　　　　　　Defendants. | CASE NO. 2:08-cv-00620-APG-GWF<br><br>**ORDER GRANTING STIPULATION TO MODIFY CASE SCHEDULE** |

1  **[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY CASE SCHEDULE**

2  On February 17, 2016, the parties filed a stipulation requesting a modification to the case
3  schedule. The Court has determined that the parties' request should be granted. Therefore, IT IS
4  HEREBY ORDERED that the following case schedule will govern resolution of the outstanding
5  issues in this case:

| Event | Date |
| --- | --- |
| FTC's reply expert report | March 25, 2016 |
| Close of expert discovery | April 13, 2016 |
| FTC's opening damages brief | May 24, 2016 |
| Defendants' opposition damages brief | July 12, 2016 |
| FTC's reply brief | August 9, 2016 |

DATED: February 18, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE