DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., *et al.*,<br><br>          Defendants. | Case No. 2:08-cv-00620-APG-GWF<br><br>**ORDER** |

## MOTION TO ADMIT GOVERNMENT ATTORNEY
## TO PRACTICE IN THE DISTRICT OF NEVADA FOR THIS CASE

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Whitney B. Merrill to practice in the District of Nevada for the above-captioned case. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Whitney B. Merrill is an attorney with the Federal Trade Commission, an agency of the federal government, and is an active member in good standing of the State Bar of Illinois (No. 6317981).

The following contact information is provided to the Court:

> Whitney B. Merrill
> Federal Trade Commission
> 901 Market Street, Suite 570
> San Francisco, CA 94103
> Phone: 415-848-5183
> Fax: 415-848-5184
> wmerrill@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Whitney B. Merrill to practice in the District of Nevada for the above-captioned case.

Respectfully submitted this 24th day of February 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: February 25, 2016

2