JACOB A. SNOW (CA Bar No. 270988)
ALEXANDER E. REICHER (CA Bar No. 286667)
WHITNEY B. MERRILL (IL Bar No. 6317981)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: (415)-848-5100; Fax: (415)-848-5184
Email: jsnow@ftc.gov; areicher@ftc.gov,
wmerrill@ftc.gov

FAYE CHEN BARNOUW (CA Bar No. 168631)
RAYMOND E. McKOWN (CA Bar No. 150975)
MARICELA SEGURA (CA Bar No. 225999)
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Phone: (310) 824-4343; Fax: (310) 824-4380
E-mail: fbarnouw@ftc.gov; rmckown@ftc.gov;
msegura@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH (NV Bar No. 4790)
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336;
Fax: (702) 388-6787
E-mail: Blaine.Welsh@usdoj.gov
Resident Counsel

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., a corporation; ED DANTUMA ENTERPRISES, INC., a corporation, also dba PUBLISHERS DIRECT SERVICES and PUBLISHERS BUSINESS SERVICES;<br><br>PERSIS DANTUMA; EDWARD DANTUMA; and BRENDA DANTUMA SCHANG; individually and as officers or managers of Publishers Business Services, Inc., or Ed Dantuma Enterprises, Inc.,<br><br>　　　　　　Defendants. | CASE NO. 2:08-cv-00620-APG-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

1 The Court has considered Plaintiff Federal Trade Commission's ("FTC's") Motion for Leave to File Documents Under Seal.  IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.  The FTC may file under seal its Motion to Exclude Testimony of Dr. Armando Levy and Exhibits A and B to the Declaration of Jacob A. Snow.

Dated: April 4, 2016

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL
CASE NO. 2:08-CV-00620-APG-GWF

1