JACOB A. SNOW (CA Bar No. 270988)
ALEXANDER E. REICHER (CA Bar No. 286667)
WHITNEY B. MERRILL (IL Bar No. 6317981)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: (415) 848-5100; Fax: (415) 848-5184
Email: jsnow@ftc.gov; areicher@ftc.gov; wmerrill@ftc.gov

FAYE CHEN BARNOUW (CA Bar No. 168631)
RAYMOND E. McKOWN (CA Bar No. 150975)
MARICELA SEGURA (CA Bar No. 225999)
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Phone: (310) 824-4343; Fax: (310) 824-4380
E-mail: fbarnouw@ftc.gov; rmckown@ftc.gov; msegura@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 2:08-cv-00620-JCM-PAL |
| v. | ) SECOND MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR THIS CASE |
| PUBLISHERS BUSINESS SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

Pursuant to LR IA 11-3, the Federal Trade Commission respectfully requests that this honorable Court admit Government attorney Karen V. Goff to practice in the District of Nevada for the above-captioned case. Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

1

Karen V. Goff is an attorney with the Federal Trade Commission, an agency of the federal government, and is an active member in good standing of the State Bar of New York (No. 4630901).

The following contact information is provided to the Court:

Karen V. Goff
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: 415-848-5124
Fax: 415-848-5184
kgoff@ftc.gov

Accordingly, the Federal Trade Commission respectfully requests that the Court admit Karen V. Goff to practice in the District of Nevada for the above-captioned case.

Respectfully Submitted,

Dated:  May 27, 2016

/s/ Jacob A. Snow
Jacob A. Snow
Alexander E. Reicher
Whitney B. Merrill
Faye Chen Barnouw
Raymond E. Mckown
Maricela Segura

FEDERAL TRADE COMMISSION
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5100 (phone)
(415) 848-5184 (facsimile)

10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343 (phone)
(310) 824-4380 (facsimile)

*Attorneys for Plaintiff*
*Federal Trade Commission*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 27, 2016

2