FAYE CHEN BARNOUW (CA Bar No. 168631)
MARICELA SEGURA (CA Bar No. 225999)
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Phone: (310) 824-4343; Fax: (310) 824-4380
E-mail: fbarnouw@ftc.gov; rmckown@ftc.gov;
msegura@ftc.gov

KAREN V. GOFF (NY Bar No. 4630901)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone: (415) 848-5100; Fax: (415) 848-5184
Email: kgoff@ftc.gov;

*Attorneys for Plaintiff
Federal Trade Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:08-cv-00620-APG-GWF |
| v. | MOTION TO WITHDRAW JACOB A. SNOW AS COUNSEL FOR FEDERAL TRADE COMMISSION |
| PUBLISHERS BUSINESS SERVICES, INC., *et al.*, | |
| Defendants. | |

Pursuant to Local Rule IA 11-6(b), the Federal Trade Commission respectfully requests that the Court withdraw government attorney Jacob A. Snow from this case. Mr. Snow's last day of employment with the Federal Trade Commission is January 4, 2018. Local Rule IA 11-6(b) provides that "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel."

Other counsel from the Federal Trade Commission will continue to serve as counsel. Mr. Snow's withdrawal will not result in any delay in the case.

Respectfully Submitted,

Dated: January 4, 2018

/s/ Jacob A. Snow
Jacob A. Snow
Karen V. Goff
Faye Chen Barnouw
Maricela Segura

FEDERAL TRADE COMMISSION
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5100 (phone)
(415) 848-5184 (facsimile)

10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343 (phone)
(310) 824-4380 (facsimile)

*Attorneys for Plaintiff*
*Federal Trade Commission*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/05/2018