**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Federal Trade Commission,

Plaintiff-Appellee,

vs.

Publishers Business Services, Inc., et al.,

Defendants-Appellants.

District No. 2:08-cv-00620-APG-GWF

U.S.C.A. No. 17-15600

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 6/10/2021, issued its judgment AFFIRMING in part, VACATING in part, and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court. IT IS FURTHER ORDERED that the parties are to confer about a Stipulated Judgment resolving this case. If the parties can agree upon a judgment, they shall file an appropriate stipulation. If they cannot agree, the parties shall file a joint or separate briefs explaining the areas of disagreement and a proposed briefing schedule on all remaining issues. The stipulation or briefs are due by August 31, 2021.

Dated this 5th day of August, 2021.

Andrew P. Gordon

United States District Judge