FAYE CHEN BARNOUW, CA Bar No. 168631
fbarnouw@ftc.gov
MARICELA SEGURA, CA Bar No. 225999
msegura@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

Attorneys for the Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 2:08-cv-00620-APG-GWF<br><br>FIRST STIPULATED REQUEST FOR EXTENSION OF TIME TO COMPLY WITH AUGUST 5, 2021 ORDER ON MANDATE [DOCKET #344]; [PROPOSED] ORDER THEREON |

The parties respectfully stipulate and request that the Court extend the deadline from August 31, 2021 to <u>October 12, 2021</u>, for the parties to comply with the Court's August 5, 2021 Order (docket #344). This is the parties' first requested extension of time.

On June 10, 2021, the Ninth Circuit issued a judgment affirming in part, vacating in part, and remanding the Judgment of this Court in the above-captioned action. On August 5, 2021, this Court entered an Order (docket #344) consistent with the Ninth Circuit's mandate and ordering the parties, Plaintiff Federal Trade Commission and Defendants Publishers Business Services, Inc., Ed Dantuma Enterprises, Inc., Dirk Dantuma, Dries Dantuma, Jeff Dantuma, and Brenda Dantuma Schang, to confer about a Stipulated Judgment resolving this case. The

Order requires the parties to file, by August 31, 2021, an appropriate stipulation, or if they cannot agree, joint or separate briefs explaining the areas of disagreement and a proposed briefing schedule on all remaining issues.

In accordance with the Court's August 5, 2021, the parties have engaged in good faith, meaningful settlement discussions, which are ongoing. Before the FTC can present a proposed settlement agreement to the Court, any proposed settlement will need to be reviewed and approved by the FTC's Bureau of Consumer Protection and then by a majority vote of the five Commissioners that comprise the Federal Trade Commission. Counsel for the parties anticipate that a six-week extension of time, from August 31, 2021 to October 12, 2021, will be sufficient to determine whether the parties can settle this matter or will need to file briefs on areas of disagreement. The parties thus respectfully request an extension of time through and including October 12, 2021 for the filing of a status report on the progress of their settlement negotiations.

Respectfully submitted,

| | |
|---|---|
| Dated: August 26, 2021 | Dated: August 26, 2021 |
| FEDERAL TRADE COMMISSION /s/ Faye Chen Barnouw Faye Chen Barnouw Maricela Segura Attorneys for Plaintiff Federal Trade Commission | HOMER BONNER /s/ Peter W. Homer Peter W. Homer Attorney for Defendants Publishers Business Services, Inc., Ed Dantuma Enterprises, Inc., Dirk Dantuma, Dries Dantuma, Jeff Dantuma, and Brenda Dantuma Schang |

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED:  August 26, 2021