FAYE CHEN BARNOUW, CA Bar No. 168631
fbarnouw@ftc.gov
MARICELA SEGURA, CA Bar No. 225999
msegura@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

Attorneys for the Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br>　v.<br>PUBLISHERS BUSINESS SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00620-APG-GWF<br><br>ORDER<br><br>JOINT STATUS REPORT RE SETTLEMENT NEGOTIATIONS AND THIRD STIPULATED REQUEST FOR EXTENSION OF TIME TO COMPLY WITH AUGUST 5, 2021 ORDER ON MANDATE [DOCKET #344]; |

  Plaintiff Federal Trade Commission ("FTC") and Defendants Publishers Business Services, Inc., Ed Dantuma Enterprises, Inc., Dirk Dantuma, Dries Dantuma, Jeffrey Dantuma, and Brenda Dantuma Schang ("Defendants") hereby submit a Joint Status Report, pursuant to the Court's October 8, 2021 Order on the parties' "Second Stipulated Request for Extension of Time to Comply with August 5, 2021 Order on Mandate" (docket #348).  In addition, the parties respectfully stipulate and request that the Court extend the deadline for the parties to comply

with the Court's August 5, 2021 Order (docket #344) from December 14, 2021 to March 8, 2022. This is the parties' third requested extension of time.

On June 10, 2021, the Ninth Circuit issued a judgment affirming in part, vacating in part, and remanding the Judgment of this Court in the above-captioned action. On August 5, 2021, this Court entered an Order (docket #344) consistent with the Ninth Circuit's mandate and ordering the parties, Plaintiff Federal Trade Commission and Defendants Publishers Business Services, Inc., Ed Dantuma Enterprises, Inc., Dirk Dantuma, Dries Dantuma, Jeff Dantuma, and Brenda Dantuma Schang, to confer about a Stipulated Judgment resolving this case. The Order requires the parties to file, by August 31, 2021, an appropriate stipulation, or if they cannot agree, joint or separate briefs explaining the areas of disagreement and a proposed briefing schedule on all remaining issues. On August 26, 2021, the Court granted the parties' "First Stipulated Request for Extension of Time to Comply with August 5, 2021 Order on Mandate" (docket #346), allowing the parties to file this Joint Status Report by October 12, 2021. On October 8, 2021, the Court granted the parties' "Second Stipulated Request for Extension of Time to Comply with August 5, 2021 Order on Mandate" (docket #348).

In accordance with the Court's August 5, 2021 Order, the parties have engaged in good faith, meaningful settlement discussions, which are ongoing. The parties have made substantial progress in settlement negotiations but need additional time to try to reach an agreement. Before the FTC can present a proposed settlement agreement to the Court, any proposed settlement will need to be reviewed and approved by the FTC's Bureau of Consumer Protection and then by a majority vote of the Federal Trade Commission.

Counsel for the parties anticipate that a twelve-week extension of time will be sufficient to determine whether the parties can settle this matter or will need to file briefs on areas of disagreement. The parties thus respectfully request an

extension of time through and including March 8, 2022 for the filing of a status report on the progress of their settlement negotiations.

Respectfully submitted,

Dated: December 13, 2021

FEDERAL TRADE COMMISSION
/s/ Faye Chen Barnouw
Faye Chen Barnouw
Maricela Segura
Attorneys for Plaintiff
Federal Trade Commission

Dated: December 13, 2021

HOMER BONNER
/s/ Peter W. Homer
Peter W. Homer
Attorney for Defendants
Publishers Business Services, Inc., Ed Dantuma Enterprises, Inc., Dirk Dantuma, Dries Dantuma, Jeff Dantuma, and Brenda Dantuma Schang

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2021